JOHN C. LAURITSEN, ESQ. (SBN 100996)
**FARMERS INSURANCE SUBROGATION
& RECOVERY LAW FIRM**
Mailing Address:
P.O. Box 248916
Oklahoma City, OK 73124-8916
Phone: (805) 453-1366
Direct Email: John.lauritsen@farmersinsurance.com
File No.: 2025-0000018053; File No.: 7700025992
Attorneys for Plaintiff, Farmers Direct Property &
Casualty Insurance Company

KRSTO MIJANOVIC, ESQ. (SBN 205060)
STEVEN A. SCORDALAKIS, ESQ. (SBN 293212)
**HAIGHT BROWN & BONESTEEL LLP**
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Phone: (213) 542-8000
Direct Email: kmijanovic@hbblaw.com
           sscordalakis@hbblaw.com
Attorneys for Defendant, Broan-Nutone, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, | Case No.:   2:25-cv-00067-JAM-CSK |
| Plaintiff, | **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL** |
| v. | |
| BROAN-NUTONE, LLC, et al., | |
| Defendants. | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY and defendant BROAN-NUTONE, LLC, hereby stipulate, by and between their respective counsel of record, that this

STIPULATION AND ORDER FOR VOLUNTARY DISMISAL - Page 1 of 3

action be dismissed, with prejudice, in its entirety, as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs.

Dated: June 29, 2026

FARMERS INSURANCE SUBROGATION & RECOVERY LAW FIRM

By: _____
JOHN C. LAURITSEN, ESQ.
Attorneys for Plaintiff FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

Dated: June 29, 2026

HAIGHT BROWN & BONESTEEL LLP

By: /s/ Steven A. Scordalakis
_____
STEVEN A. SCORDALAKIS, ESQ.
Attorneys for Defendant BROAN-NUTONE, LLC

**ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED WITH PREJUDICE,** in its entirety, as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs. The Clerk of Court is **DIRECTED** to **CLOSE** this action.

**IT IS SO ORDERED**.

Dated: July 02, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR VOLUNTARY DISMISAL- Page 1 of 1